1 | Christopher Johns, Esq. (State Bar No. 90815)
  | Johns & Allyn
2 | A Professional Corporation
  | 1010 B Street, Suite 350
3 | San Rafael, California 94901
  | Tel: (415) 459-5223
4 | Fax: (415) 453-2555
  | Email: cjohns@johnsandallyn.com
5
  | Attorneys for Defendant/Appellant
6 | Francisco Castro-Salcedo

7                UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  | UNITED STATES OF AMERICA,        | Case No. CR-06-00451-JF
10 |                                   | Northern District of California
   |       Plaintiff-Appellee,         | (San Jose)
11 |                                   | Ninth Circuit No. 07-10516
   | v.
12 |                                   |
   | FRANCISCO CASTRO-SALCEDO,         | STIPULATION AND ~~PROPOSED~~
13 |                                   | ORDER RE: PRESENTENCE REPORT
   |       Defendant-Appellant.        | AND STATEMENT OF REASONS
14 |                                   | PURSUANT TO GENERAL ORDER 54

17   On October 10, 2007, pursuant to General Order 54, this Court placed under seal
18   the Presentence Report as to the Defendant, Francisco Castro-Salcedo, and the Statement
19   of Reasons for the sentence imposed on Defendant, Francisco Castro-Salcedo, on
20   October 3, 2007. Defendant, Castro-Salcedo, has appealed his sentence to the United
21   States Court of Appeals for the Ninth Circuit, No. 07-10516. The parties hereby request
22   and stipulate that both the Presentence Report and Statement of Reasons be unsealed and
23   copies provided to counsel for the parties for purposes of the appeal only.
24

*United States v. Castro-Salcedo*    CR. 06-00451-JF
STIPULATION AND ORDER RE: PRESENTENCE REPORT

1  SO STIPULATED: 10/2/08

2  _____
   Christopher Johns, Esq.
3  Counsel for Defendant/Appellant
   Francisco Castro-Salcedo

4

5

6  SO STIPULATED: 10/6/08

7  _____
   Joseph Fazioli, Assistant U.S. Attorney
   Counsel for Plaintiff/Appellee
8  United States of America

9  **IT IS SO ORDERED** that the Clerk of the Court shall provide to counsel for the
10 parties, Christopher Johns, Esq., counsel for Defendant-Appellant, Francisco Castro-
11 Salcedo, and Joseph Fazioli, AUSA, counsel for the Plaintiff/Appellee, United States of
12 America, copies of the Presentence Report as to Defendant, Francisco Castro-Salcedo,
13 and the Statement of Reasons for the sentence imposed as to Defendant, Francisco
14 Castro-Salcedo, on October 3, 2007, which were placed under seal pursuant to an Order
15 of this Court, filed October 10, 2007. Said documents shall be used only for purposes of
16 the present appeal to the United States Court of Appeals for the Ninth Circuit, Case
17 No. 07-10516.

18

19 DATED: 10/10/08

20 _____
   JEREMY FOGEL
   United States District Judge

21

22

23

24

---

*United States v. Castro-Salcedo*   CR. 06-00451-JF
STIPULATION AND ORDER RE: PRESENTENCE REPORT

2